No. 439.   TOCCO *v.* UNITED STATES ET AL.   Appeal from the United States District Court for the District of Oregon.   *Per Curiam:* The motion to affirm is granted and the judgment is affirmed.   *Norman L. Easley* for

appellant. *Solicitor General Sobeloff* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission, appellees.